UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN COLIZZA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>AMIN KAMEL and )<br>NOVARTIS INSTITUTES FOR )<br>BIOMEDICAL RESEARCH, INC. )<br>      Defendants. )<br>) | C.A. No. 1:14-cv-10191-PBS |

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, and the Court's instruction during the conference on Monday March 17, 2014, Plaintiff Kevin Colizza ("Plaintiff") and Defendants Amin Kamel ("Kamel") and Novartis Institutes for Biomedical Research, Inc. ("NIBR," and with Kamel, "Defendants") hereby submit this Joint Statement. The parties jointly and respectfully request that the Court approve the following Proposed Pretrial Schedule:

**1.  Initial Disclosures**

The parties will exchange Initial Disclosures by April 17, 2014.

**2.  Proposed Discovery Plan**

| | |
|---|---|
| June 30, 2014 | Deadline for completion of three depositions: (a) Plaintiff, (b) Kamel, and (c) the father of Plaintiff's girlfriend (as identified in Plaintiff's Complaint). No other depositions are permitted without prior Court approval. |
| July 2014 | Court-sponsored mediation. |
| October 31, 2014 | Deadline for all written and other fact discovery. |

Electronic Discovery: The parties have not yet conferred with regard to electronic discovery and will attempt to agree on the method and scope of this discovery without the assistance of the Court.

3.  **Proposed Schedule for Filing Motions and Hearing on Said Motions**

    November 14, 2014    Deadline to file any motion pursuant to Fed. R. Civ. P. 56.

    December 5, 2014     Deadline to file any opposition to any FRCP 56 motion.

    December 12, 2014    Deadline to file any reply.

    January 13, 2015     Hearing on any FRCP 56 motion(s).

4.  **Joint Pre-Trial Memorandum and Trial Readiness**

    The parties will submit a Joint Pre-Trial Memorandum and be ready for a Pre-Trial Conference in this action within 60 days after the date of a final ruling by the Court on all dispositive motions, or within 60 days after the due date for dispositive motions, if no such motions are filed.

5.  **Modification of Scheduled Dates**

    All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

6.  **Trial by a Magistrate Judge**

    At the present time, the parties do not consent to trial of this action before a Magistrate Judge.

7.  **Mediation**

    The Court has referred this case to the ADR program for a mediation to occur in July 2014.

8.  **Settlement**

    Plaintiff shall serve a settlement demand on or before March 31, 2014.

10. **Certifications**

    The undersigned counsel hereby certify that they have conferred with their clients with a view to establishing a budget for the costs of conducting the full course and various alternative

2

courses of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs. The parties will submit separate certifications as required by Local Rule 16.1(D)(3).

WHEREFORE, Plaintiff and Defendants respectfully request that the Court approve their Proposed Pretrial Schedule, with such amendments as the Court deems just and proper.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Plaintiff,<br>KEVIN COLLIZZA,<br>By his attorneys, | AMIN KAMEL and NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC.,<br><br>By their attorneys, |
| */s/ Hope C. Button*<br>Raipher D. Pellegrino (BBO#560614)<br>Hope C. Button (BBO#600604)<br>Raipher D. Pellegrino Associates, P.C.<br>265 State Street<br>Springfield, MA<br>Telephone: (413) 746-4400<br>Telecopier: (413) 746-2816<br>rdp@rdpalaw.com<br>hcb@rdpalaw.com | /s/ Jeffrey M. Burns<br>Lynn A. Kappelman (BBO #642017)<br>Jeffrey M. Burns (BBO #661448)<br>SEYFARTH SHAW, LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Tel.: (617) 946-4800<br>Fax: (617) 946-4801<br>lkappelman@seyfarth.com<br>jburns@seyfarth.com |

Dated: March 20, 2014

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20h day of March, 2014, a copy of the foregoing document was filed electronically through the Court's ECF system and that counsel for Plaintiff are registered users of the ECF system.

*/s/ Jeffrey M. Burns*
Jeffrey M. Burns